■

In the Matter of ELSIE MACKIE, Petitioner, against JOHN F. O'CONNELL et al., Individually and as MEMBERS OF THE STATE LIQUOR AUTHORITY, Respondents. — Determination unanimously confirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ. See *post,* p. 862.]

■

LEON POMERANTZ, as Administrator of the Estate of ELIZABETH POMERANTZ, Deceased, et al., Respondents, v. BERNARD M. NOONAN, Defendant, and MICHAEL CONVEY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL PRESTON SPENCER, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

■

In the Matter of TWENTYFIVE BROADWAY CORPORATION, Respondent-Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellant-Respondent.— Order unanimously modified so as to fix the building values for each of the two tax years involved herein at $5,275,000 and, as so modified, affirmed, with $20 costs and disbursements to the respondent-appellant-respondent. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

■

In the Matter of the Arbitration between GLUCKSTERN'S RESTAURANT, INC., Respondent, and HOTEL AND RESTAURANT WORKERS UNION, LOCAL No. 16, et al., Appellants.— The record sufficiently establishes that the petitioner and respondents are parties to a contract containing an arbitration clause. Whether the contract was intended to apply to the new restaurant on Norfolk Street, is a question which should be determined by the arbitrators. Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

In the Matter of HELEN GONZALES, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, and JOHN TESI et al., Interveners, Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1062.]

■

NEW YORK WATER SERVICE CORPORATION v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1048.]

■

In the Matter of the Accounting of MABEL E. SCHULTE et al., as Executors of and Trustees under the Will of JOSEPH M. SCHULTE, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY (NOW HANOVER BANK), Individually and as Executor of JOSEPH M. SCHULTE, Deceased, Appellant; ANTHONY